ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 0 8 2011

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : |  |
|  | : | CRIMINAL INDICTMENT |
| v. | : |  |
|  | : | NO. |
| AUBREY THOMAS PHILLIPS JR. and | : |  |
| DANIELLE NICOLE McCASLIN | : | 1  11-CR-49 |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
(18 U.S.C. § 371)

1.   Beginning on or about March 24, 2010, and continuing until on or about March 25, 2010, in the Northern District of Georgia and elsewhere, the defendants, AUBREY THOMAS PHILLIPS JR. and DANIELLE NICOLE McCASLIN, did combine, conspire, confederate, agree, and have a tacit understanding with each other and with others known and unknown to the Grand Jury to commit certain offenses against the United States, that is, to knowingly make false statements and representations to a federally licensed firearms dealer with respect to information required by Chapter 44 of Title 18, United States Code, to be kept in the records of the respective firearms dealer, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Background

2.    It is relevant to the conspiracy that:

A.    Federally licensed firearms dealers are required under the provisions of Chapter 44 of Title 18, United States Code, to have purchasers of firearms complete an ATF Form 4473.  The dealers are required to maintain this form with their records.

B.    Question 11.a of ATF Form 4473 states as follows: "Are you the actual transferee/buyer of the firearm(s) listed on this form?  **Warning:  You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.**"

C.    Persons completing ATF Form 4473 sign a certification in which they aver that the answers to question 11 are accurate.  The certification further states: "**I understand that answering "yes" to question 11.a if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law.**"

## Overt Acts

3.    In furtherance of the conspiracy, and in order to effect the purposes and objects thereof, defendants AUBREY THOMAS PHILLIPS JR. and DANIELLE NICOLE McCASLIN committed various overt acts in the Northern District of Georgia and elsewhere, including but not limited to the following:

2

A.   On or about March 24, 2010, defendant DANIELLE NICOLE McCASLIN completed ATF Forms 4473 for the purchase of six firearms at Arrowhead Pawn Shop, a federally licensed firearms dealer in Jonesboro, Georgia.

B.   On or about March 25, 2010, defendant AUBREY THOMAS PHILLIPS JR. gave money to defendant DANIELLE NICOLE McCASLIN to purchase firearms for defendant PHILLIPS.

C.   On or about March 25, 2010, defendant DANIELLE NICOLE McCASLIN purchased six firearms and ammunition from Arrowhead Pawn Shop, a federally licensed firearms dealer in Jonesboro, Georgia.

D.   On or about March 25, 2010, defendant AUBREY THOMAS PHILLIPS JR. drove defendant DANIELLE NICOLE McCASLIN from Arrowhead Pawn Shop in Jonesboro, Georgia, to a residence in Atlanta, Georgia.

All in violation of Title 18, United States Code, Section 371.

COUNTS TWO AND THREE
(18 U.S.C. §§ 924(a)(1)(A) and 2)

4.   On or about March 25, 2010, in the Northern District of Georgia, defendant DANIELLE NICOLE McCASLIN, aided and abetted by defendant AUBREY THOMAS PHILLIPS JR., did knowingly make false statements and representations with respect to the information required by law to be kept in the records of the federally licensed firearm dealer listed in Column B, in that, in connection with the

3

acquisition of the firearms listed in Column C, defendant McCASLIN did indicate and cause to be indicated on ATF Forms 4473, that defendant McCASLIN was the actual buyer of the firearms when in truth and fact she was not the actual buyer of the firearms but was purchasing the firearms on behalf of defendant PHILLIPS:

| A | B | C |
|---|---|---|
| COUNT | FEDERALLY LICENSED FIREARM DEALER | FIREARMS |
| 2 | Arrowhead Pawn Shop | 1.  Jimenez Arms pistol, model J.A. Nine, caliber 9mm, serial number 136186<br><br>2.  Jimenez Arms pistol, model J.A. Nine, caliber 9mm, serial number 136180<br><br>3.  Jimenez Arms pistol, model J.A. Nine, caliber 9mm, serial number 136195 |
| 3 | Arrowhead Pawn Shop | 1.  Jimenez Arms pistol, model J.A. Nine, caliber 9mm, serial number 139873<br><br>2.  Jimenez Arms pistol, model J.A. Nine, caliber 9mm, serial number 139886<br><br>3.  Jimenez Arms pistol, model J.A. Nine, caliber 9mm, serial number 139884 |

All in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

4

COUNT FOUR
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

5.    On or about March 25, 2010, in the Northern District of Georgia, defendant AUBREY THOMAS PHILLIPS JR., having been convicted of a felony for possession of a controlled substance in Petersburg, Virginia Circuit Court on or about April 16, 2001, case number CR00-809, the aforesaid conviction being a crime punishable by imprisonment for a term exceeding one year, did knowingly possess at least one of the following firearms and ammunition in and affecting interstate commerce:

a.    Jimenez Arms pistol, model J.A. Nine, caliber 9mm, serial number 136186;

b.    Jimenez Arms pistol, model J.A. Nine, caliber 9mm, serial number 136180;

c.    Jimenez Arms pistol, model J.A. Nine, caliber 9mm, serial number 136195;

d.    Jimenez Arms pistol, model J.A. Nine, caliber 9mm, serial number 139873;

e.    Jimenez Arms pistol, model J.A. Nine, caliber 9mm, serial number 139886;

f.    Jimenez Arms pistol, model J.A. Nine, caliber 9mm, serial number 139884;

g.    Ammunition, Qty: 50, Remington, caliber 9mm.

5

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A     True     BILL

FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

STEVEN D. GRIMBERG
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6367
Georgia Bar No. 312144